CO-386-online
10/03

# United States District Court
# For the District of Columbia

Marc Fiedler )
and Equal Rights Center )
)
)
vs    Plaintiff )    Civil Action No._____
)
MHG Cafe Dupont, LLC )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Equal Rights Center__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Equal Rights Center__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__420046__
BAR IDENTIFICATION NO.

__Alan Swirski__
Print Name

__1440 New York Ave., NW__
Address

__Washington, DC__    __20005__
City    State    Zip Code

__202.371.7610__
Phone Number