AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Marc Fiedler
   and
Equal Rights Center

**SUMMONS IN A CIVIL CASE**

V.

MHG Cafe Dupont, LLC

Case: 1:08-cv-00225
Assigned To : Friedman, Paul L.
Assign. Date : 2/11/2008
Description: Civil Rights - Non. Employ.

*JURY ACTION*

TO: (Name and address of Defendant)

MHG Cafe Dupont, LLC
t/a Circa at Dupont
1601 Connecticut Ave., NW
Washington, DC 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan Swirski
1440 New York Ave., NW
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within  **twenty (20)**  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 1 1 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2-12-08   11:45 Am |
| NAME OF SERVER (PRINT) Andre W. Keith | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served MAG Cafe Dupont, LLC t/a Circa at Dupont By Delivering to Jason Osborne, General Manager at 1601 Connecticut Av, NW, Washington, DC 20009

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-12-08
           Date

*Signature of Server*

Legal Support Service Inc
1115 Mass Av, NW, WDC 20005
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Marc Fiedler
   and
Equal Rights Center

**SUMMONS IN A CIVIL CASE**

V.

MHG Cafe Dupont, LLC

Case: 1:08-cv-00225
Assigned To : Friedman, Paul L.
Assign. Date : 2/11/2008
Description: Civil Rights - Non. Employ.

*JURY ACTION*

TO: (Name and address of Defendant)

Corporation Service Company
   (Registered Agent for MHG Cafe Dupont, LLC)
1090 Vermont Avenue, NW
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan Swirski
1440 New York Ave., NW
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ___twenty(20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 1 1 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2-12-08    11:25 Am |
| NAME OF SERVER (PRINT) Andre' W. Keith | TITLE process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Corporation Service Company, Registered Agent for MAG Dupont LLC. By Delivering to Tracey J. Butler, employee authorized to accept service of process at 1601 Connecticut Ave, NW, Wash, DC 20009

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-12-08
               Date

Signature of Server

Legal Support Services, Inc
1115 Mass Ave, NW, WDC 20005
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.