A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Equal Rights Center and Marc Fiedler

        Plaintiff(s)   )   **APPEARANCE**
                            )
                            )
        vs.   )   CASE NUMBER   1:08cv00225
MHG Cafe Dupont, LLC   )
                            )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   E. Elaine Gardner   as counsel in this
                          (Attorney's Name)

case for:   All Plaintiffs
          (Name of party or parties)

February 13, 2008
Date

*/s/ E. Elaine Gardner*
Signature

E. Elaine Gardner
Print Name

271262
BAR IDENTIFICATION

11 Dupont Circle NW Suite 400
Address

Washington    DC    20036
City           State    Zip Code

202-319-1000
Phone Number