A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Marc Fiedler et al.

|  | ) |  |
| --- | --- | --- |
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER    1:08-cv-00225 |
| MHG Cafe Dupont, LLC | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Jason C. Schwartz___ as counsel in this
(Attorney's Name)

case for:___MHG Cafe Dupont, LLC___
(Name of party or parties)

___February 28, 2008___
Date

___465837___
BAR IDENTIFICATION

_Jason C. Schwartz_ DIO
Signature

Jason C. Schwartz
Print Name

1050 Connecticut Ave., NW
Address

Washington, DC 20036
City          State          Zip Code

202-955-8242
Phone Number