IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marc Fiedler, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br><br>MHG Café Dupont, LLC,<br><br>        Defendant. | Civil Action No. 1:08CV00225 (PLF) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

    The Defendant, MHG Café Dupont, LLC, by and through its undersigned counsel, hereby respectfully moves for a 21-day extension of time in which to answer or otherwise respond to the Complaint. In support thereof, the Defendant states as follows:

    1.    The Complaint was served on February 12, 2008, and an Answer or other response is now due on March 3, 2008.

    2.    The Defendant and its counsel are presently engaged in an active and diligent review of the allegations contained in the Complaint. An extension of 21 days, through and including March 24, 2008, would provide an adequate opportunity for the Defendant to prepare a full and appropriate response.

    3.    No previous extensions have been requested in this matter, and granting of this Motion will not affect any previously scheduled deadlines. The extension sought will provide an answer or other response within a shorter period of time than the 60-day period authorized under Federal Rule of Civil Procedure 4(d).

4.  Counsel for the Plaintiffs does not oppose the requested extension.

Accordingly, the Defendant respectfully requests that the Court extend the time in which the Defendant may answer or otherwise respond to the Complaint by twenty-one (21) days, through and including March 24, 2008.

Dated: February 28, 2008

Respectfully submitted,

_Jason C. Schwartz /oo_
F. Joseph Warin, D.C. Bar No. 235978
Jason C. Schwartz, D.C. Bar No. 465837
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marc Fiedler, et al.,<br><br>Plaintiffs,<br><br>v.<br><br><br>MHG Café Dupont, LLC, t/a Circa at Dupont,<br><br>Defendant. | Civil Action No. 1:08CV00225 (PLF) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Unopposed Motion For Extension Of Time In Which To Answer Or Otherwise Respond To The Complaint, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED and it is FURTHER ORDERED that the Defendant shall answer or otherwise respond to the Complaint on or before March 24, 2008.

Dated: February __, 2008

_____
The Honorable Paul L. Friedman
United States District Judge

Copies to:

Alan Swirski
1440 New York Ave., NW
Washington, DC 20005

Elizabeth Elaine Gardner
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Suite 400
Washington, DC 20036
Attorneys for Plaintiffs

F. Joseph Warin
Jason C. Schwartz
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 300
Washington, D.C. 20036
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2008, I caused to be served a copy of the foregoing Defendant's Consent Motion For Extension Of Time In Which To Answer Or Otherwise Respond To The Complaint via the Court's electronic filing system upon the following:

        Alan Swirski
        1440 New York Ave., NW
        Washington, DC 20005

        Elizabeth Elaine Gardner
        Washington Lawyers' Committee for Civil Rights
        11 Dupont Circle, NW, Suite 400
        Washington, DC 20036
        Attorneys for Plaintiffs

        _/s/ Jason C. Schwartz_
        Jason C. Schwartz