IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marc Fiedler, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br><br>MHG Café Dupont, LLC,<br><br>        Defendant. | Civil Action No. 1:08CV00225 (PLF) |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Defendant MHG Café Dupont, LLC, certify that to the best of my knowledge and belief, no parent companies, subsidiaries or affiliates of MHG Café Dupont, LLC have any outstanding securities in the hands of the public. MHG Café Dupont, LLC, is a wholly-owned subsidiary of MHG Café Enterprises, LLC. MHG Café Enterprises, LLC, is a privately held corporation with no publicly-held shares.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 24, 2008

Respectfully submitted,

_____
F. Joseph Warin, D.C. Bar No. 235978
Jason C. Schwartz, D.C. Bar No. 465837
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2008, I caused to be served a copy of the foregoing Defendant's Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia via the Court's electronic filing system upon the following:

>Alan Swirski
>1440 New York Ave., NW
>Washington, DC 20005
>
>Elizabeth Elaine Garner
>Washington Lawyers' Committee for Civil Rights
>11 Dupont Circle, NW, Suite 400
>Washington, DC 20036

_____
Jason C. Schwartz