UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARC FIEDLER　　　　　　　　　　　*
　　and　　　　　　　　　　　　　　*
EQUAL RIGHTS CENTER,　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　Plaintiffs,　　　　　　　*
　　　　　　　　　　　　　　　　　*　　CIVIL ACTION NO. 1:08-cv-00225
　　　　v.　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
MHG CAFÉ DUPONT, LLC,　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　Defendant.　　　　　　　　*
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S MOTION TO DISMISS**

　　　　The Plaintiffs, Marc Fiedler and Equal Rights Center, by and through their undersigned counsel, hereby respectfully move for a 14-day extension of time in which to answer or otherwise respond to Defendant's Motion to Dismiss. In support thereof, the Plaintiff states as follows:

　　　　1.　　The Motion to Dismiss was served on March 24, 2008, and an answer or other response is now due on April 7, 2008.

　　　　2.　　No previous extensions have been requested in this matter, and granting of this Motion will not affect any previously scheduled deadlines.

　　　　3.　　Plaintiffs and their counsel are presently reviewing the Defendant's Motion to Dismiss, which raises factual and legal issues that the Plaintiffs need additional time to address. An extension of 14 days, through and including April 21, 2008, would provide an adequate opportunity for the Plaintiffs to prepare a full and appropriate response.

4.  Counsel for the Defendant indicated to counsel for the Plaintiffs that they have no objection to this requested extension.

Accordingly, the Plaintiffs respectfully request that the Court extend the time in which the Plaintiffs may answer or otherwise respond to the Motion to Dismiss by fourteen (14) days, through and including April 21, 2008.

Respectfully submitted,

_E. Elaine Gardner/apft_  
E. Elaine Gardner, Bar No. 271262  
Washington Lawyers' Committee for Civil Rights and Urban Affairs  
11 Dupont Circle, N.W.  
Suite 400  
Washington, DC 20036  
Tel: (202) 319-1000  
Fax: (202) 319-1010  

_Alan Swirski_  
Alan Swirski, Bar No. 420046  
1440 New York Avenue, NW  
Washington, DC 20005  
Tel: (202) 371-7610  
Fax: (202) 661-0510  

Counsel for Plaintiffs Marc Fiedler & Equal Rights Center

Dated: March 31, 2008

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiffs' Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to the Defendant's Motion to Dismiss, was served via the Court's electronic filing system upon the following:

> F. Joseph Warin
> Jason C. Schwartz
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Ave, N.W., Suite 300
> Washington, DC, 20036
> Attorneys for Defendant

_____
Alan Swirski

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARC FIEDLER, et al.,     *
     and                 *
EQUAL RIGHTS CENTER,    *
                             *
    Plaintiffs,            *
                             *    CIVIL ACTION NO. 1:08-cv-00225
      v.                    *
                             *
MHG CAFÉ DUPONT, LLC,    *
                             *
    Defendant.          *
_____/

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion For Extension Of Time In Which To Answer Or Otherwise Respond To The Defendant's Motion to Dismiss, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED and it is FURTHER ORDERED that the Plaintiffs shall answer or otherwise respond to the Motion to Dismiss on or before April 21, 2008.

Dated: April ___, 2008

_____
The Honorable Paul L. Friedman
United States District Judge

Copies to:

F. Joseph Warin
Jason C. Schwartz
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Suite 300
Washington, DC 20036
Attorneys for Defendant

Alan Swirski
1440 New York Ave., NW
Washington, DC 20005

E. Elaine Gardner
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle NW, Suite 400
Washington, DC 20036
Attorneys for Plaintiffs