UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARC FIEDLER                         *
  and                                *
EQUAL RIGHTS CENTER,                 *
                                     *
        Plaintiffs,                  *
                                     *    CIVIL ACTION NO. 1:08-cv-00225
            v.                       *
                                     *
MHG CAFÉ DUPONT, LLC,                *
                                     *
        Defendant.                   *
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S MOTION TO DISMISS**

The Plaintiffs, Marc Fiedler and Equal Rights Center, by and through their undersigned counsel, hereby respectfully move for a further extension of 8 days in which to answer or otherwise respond to Defendant's Motion to Dismiss. In support thereof, the Plaintiff states as follows:

1.   The Motion to Dismiss was served on March 24, 2008, and an answer or other response is now due on April 21, 2008.

2.   This is the second extension to be requested in this matter. Granting of this Motion will not affect any previously scheduled deadlines.

3.   Due to the Passover holiday and travel in and around those dates, Plaintiffs will not be available to finalize papers prior to the current due date.

4.   Plaintiffs have requested an additional inspection of the premises in order to properly oppose the motion, which cannot be scheduled until Wednesday, April 16, 2008.

4.  Counsel for the Defendant indicated to counsel for the Plaintiffs that they have no objection to this requested extension.

Accordingly, the Plaintiffs respectfully request that the Court extend the time in which the Plaintiffs may answer or otherwise respond to the Motion to Dismiss by eight (8) days, through and including April 29, 2008.

Respectfully submitted,

_E. Elaine Gardner /affd_
E. Elaine Gardner, Bar No. 271262
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, DC 20036
Tel: (202) 319-1000
Fax: (202) 319-1010

_Alan Swirski_
Alan Swirski, Bar No. 420046
1440 New York Avenue, NW
Washington, DC 20005
Tel: (202) 371-7610
Fax: (202) 661-0510

Counsel for Plaintiffs Marc Fiedler & Equal Rights Center

Dated: April 14, 2008

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiffs' Unopposed Motion for Additional Extension of Time in Which to Answer or Otherwise Respond to the Defendant's Motion to Dismiss, was served via the Court's electronic filing system upon the following:

>F. Joseph Warin
>Jason C. Schwartz
>Gibson, Dunn & Crutcher LLP
>1050 Connecticut Ave, N.W., Suite 300
>Washington, DC, 20036
>Attorneys for Defendant

*/s/ Alan Swirski*
Alan Swirski

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC FIEDLER, et al.,<br>and<br>EQUAL RIGHTS CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>MHG CAFÉ DUPONT, LLC,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*   CIVIL ACTION NO. 1:08-cv-00225<br>*<br>*<br>*<br>*<br>*<br>/ |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion For Additional Extension Of Time In Which To Answer Or Otherwise Respond To The Defendant's Motion to Dismiss, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED and it is FURTHER ORDERED that the Plaintiffs shall answer or otherwise respond to the Motion to Dismiss on or before April 29, 2008.

Dated: April ___, 2008

_____
The Honorable Paul L. Friedman
United States District Judge

Copies to:

F. Joseph Warin
Jason C. Schwartz
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Suite 300
Washington, DC 20036
Attorneys for Defendant

Alan Swirski
1440 New York Ave., NW
Washington, DC 20005

E. Elaine Gardner
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle NW, Suite 400
Washington, DC 20036
Attorneys for Plaintiffs