IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marc Fiedler, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>MHG Café Dupont, LLC,<br>1601 Connecticut Avenue, N.W.<br>Washington, DC 20009<br><br>        Defendant. | Civil Action No. 1:08CV00225 (PLF) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant MHG Café Dupont, LLC, by and through its undersigned counsel, hereby respectfully moves for a one-week extension in which to submit its reply memorandum to Plaintiffs' Opposition to Defendant's Partial Motion to Dismiss Plaintiff's Complaint or to Strike Certain Allegations. In support thereof, Defendant states as follows:

1. Defendant filed a Partial Motion to Dismiss Plaintiffs' Complaint or to Strike Certain Allegations on February 11, 2008.

2. Plaintiffs, with the consent of Defendant, sought and received two extensions of time in which to file their Opposition to Defendant's Partial Motion to Dismiss Plaintiffs' Complaint or to Strike Certain Allegations on March 31, 2008 and April 14, 2008, respectively.

3. Plaintiffs filed their Opposition to Defendant's Partial Motion to Dismiss Plaintiffs' Complaint or to Strike Certain Allegations on April 29, 2008.

4. Defendant's reply memorandum is currently due on May 6, 2008.

5. Defendant requires additional time within which to prepare its reply memorandum.

6. Plaintiffs have consented to a one-week extension of time, through and including May 13, 2008, for Defendant to submit its reply memorandum.

7. Therefore, Defendant respectfully requests that the Court grant this motion and allow Defendant until May 13, 2006 to submit its reply memorandum.

Respectfully submitted,

Dated: May 5, 2008

/s/ Jason C. Schwartz /BKA
F. JOSEPH WARIN, D.C. Bar No. 235978
JASON C. SCHWARTZ, D.C. Bar No. 465837
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Defendant
MHG CAFÉ DUPONT, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marc Fiedler, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br><br>MHG Café Dupont, LLC,<br><br>    Defendant. | Civil Action No. 1:08CV00225 (PLF) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2008, I caused to be served a copy of the foregoing Consent Motion for Extension of Time via the Court's electronic filing system upon the following:

>   Alan Swirski
>   1440 New York Ave., NW
>   Washington, DC 20005
>
>   Elizabeth Elaine Garner
>   Washington Lawyers' Committee for Civil Rights
>   11 Dupont Circle, NW, Suite 400
>   Washington, DC 20036

_____
Benjamin K. Ahlstrom

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marc Fiedler, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MHG Café Dupont, LLC,<br>1601 Connecticut Avenue, N.W.<br>Washington, DC 20009<br>　　　　Defendant. | Civil Action No. 1:08CV00225 (PLF) |

## [PROPOSED] ORDER

The Court hereby GRANTS the Consent Motion for Extension of Time and ORDERS that Defendant MHG Café Dupont, LLC shall file its reply to Plaintiffs' Opposition to Defendant's Partial Motion to Dismiss Plaintiffs' Complaint or to Strike Certain Allegations by May 13, 2008.

　　　IT IS SO ORDERED on this ___ day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE