UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARC FIEDLER <br> and <br> EQUAL RIGHTS CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> MHG CAFÉ DUPONT, LLC, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO. 1:08-cv-00225 |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d), the undersigned hereby moves for the Admission Pro Hac Vice of Attorney David William Foster for purposes of this case. Please see the attached statement of David William Foster in compliance with the Local Civil Rule 83.2(d).

Date:  May 15, 2008

Respectfully submitted,

Alan Swirski
D.C. Bar No. 420046
1440 New York Ave., NW
Washington, DC  20005
Telephone:  (202) 371-7610
Facsimile:  (202) 661-0510

*Attorney for Plaintiffs Marc Fiedler and Equal Rights Center*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC FIEDLER<br>and<br>EQUAL RIGHTS CENTER,<br><br>    Plaintiffs,<br><br>    v.<br><br>MHG CAFÉ DUPONT, LLC,<br><br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*   CIVIL ACTION NO. 1:08-cv-00225<br>*<br>*<br>*<br>*<br>* |

**STATEMENT OF DAVID WILLIAM FOSTER IN SUPPORT
OF MOTION FOR PRO HAC VICE APPEARANCE**

1. My full name is David William Foster.

2. My office address is: 1440 New York Avenue, NW, Washington, DC 20005. My telephone number is (202) 371-7626.

3. I am admitted to practice before the courts of the Commonwealth of Massachusetts and the United States Tax Court.

4. I certify that I have not been disciplined by any bar.

5. Within the last two years, I have not been admitted pro hac vice to the United States District Court for the District of Columbia.

6. I have an application pending for membership in the District of Columbia Bar.

Date: May 15, 2008

Respectfully submitted,

*/s/ David William Foster*
David William Foster
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7626
Facsimile: (202) 661-0586

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC FIEDLER <br> and <br> EQUAL RIGHTS CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> MHG CAFÉ DUPONT, LLC, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * CIVIL ACTION NO. 1:08-cv-00225 <br> * <br> * <br> * <br> * <br> * |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Leave to Appear Pro Hac Vice was served via the Court's electronic filing system upon the following:

> F. Joseph Warin
> Jason C. Schwartz
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Ave, N.W., Suite 300
> Washington, DC, 20036
> Attorneys for Defendant

_____
Alan Swirski