IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marc Fiedler, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>MHG Café Dupont, LLC,<br><br>        Defendant. | Civil Action No. 1:08CV00225 (PLF) |

**MOTION TO STAY DISCOVERY PENDING RESOLUTION
OF PENDING PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT
OR TO STRIKE CERTAIN ALLEGATIONS**

Defendant MHG Café Dupont, LLC, by and through its undersigned counsel, hereby respectfully moves to stay discovery pending this Court's resolution of Defendant's Partial Motion to Dismiss Plaintiffs' Complaint or to Strike Certain Allegations. In support of this motion, defendant includes the following statement of points and authorities:

1. Defendant filed a Partial Motion to Dismiss Plaintiffs' Complaint or to Strike Certain Allegations on February 11, 2008. Defendant's motion seeks dismissal of five of plaintiffs' six Americans with Disabilities Act ("ADA") claims on the basis that defendant's voluntary efforts have rendered them moot. In its supporting memoranda and declarations, defendant has also established that plaintiffs' remaining ADA claim will be rendered moot in the near future. Further, defendant's motion seeks dismissal of plaintiffs' District of Columbia Human Rights Act claim because it is deficient as a matter of law.[1]

---

[1] Plaintiffs filed their Opposition to Defendant's Partial Motion to Dismiss Plaintiffs' Complaint or to Strike Certain Allegations on April 29, 2008, and defendant filed its reply memorandum on May 13, 2008.

2. The facts in this case are straightforward. Plaintiffs allege that defendant's restaurant violates the ADA in six ways. Defendant's memoranda and declarations in support of its Partial Motion to Dismiss Plaintiffs' Complaint or to Strike Certain Allegations establish that five of plaintiffs' six ADA claims have been rendered moot through defendant's voluntary remedial efforts. The remaining ADA claim will similarly be rendered moot in the near future, pending completion of the permit approval process. In addition, defendant has requested that this Court dismiss plaintiffs' entire DCHRA claim as a matter of law. Therefore, a complete disposition of this case may be forthcoming.

3. To avoid unnecessary costs of discovery and to alleviate the burden to this Court and to the parties from a potentially unnecessary discovery process, defendant respectfully requests that this Court stay discovery pending resolution of the pending dispositive motion. "It is well settled that discovery is generally considered inappropriate while a motion that would be thoroughly dispositive of the claims in the Complaint is pending." *Anderson v. U.S. Attorneys Office*, Civ. A. No. 91-2262-LFO, 1992 WL 159186, at *1 (D.D.C. June 19, 1992). In addition, "permitting discovery before the need for such discovery is determined would be wasteful and inefficient." *Chavous v. Fin. Responsibility & Mgmt. Assistance Auth.*, 201 F.R.D. 1, 3 n.4 (D.D.C. 2001); *see also Maljack Prods., Inc. v. Motion Picture Ass'n of Am.*, No. 90-1121, 1990 U.S. Dist. LEXIS 13284, at *2-3 (D.D.C. Oct. 4, 1990) ("[A]voidance of potentially unnecessary discovery is warranted.").

4. During the proposed stay, defendant agrees to permit plaintiffs access to inspect its premises at a mutually-agreed, reasonable time and date for the limited purpose of verifying any new statements in defendant's Reply in Further Support of Its Partial Motion to Dismiss.

5. The parties met and conferred concerning this motion on June 9, 2008, but they failed to reach an agreement concerning a stay of discovery.

For the reasons set forth above, defendant respectfully requests that this Court grant this motion and stay discovery pending resolution of Defendant's Partial Motion to Dismiss Plaintiff's Complaint or to Strike Certain Allegations.

Respectfully submitted,

Dated: June 10, 2008

_____
F. JOSEPH WARIN, D.C. Bar No. 235978
JASON C. SCHWARTZ, D.C. Bar No. 465837
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Defendant
MHG CAFÉ DUPONT, LLC

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marc Fiedler, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br><br>MHG Café Dupont, LLC,<br><br>        Defendant. | Civil Action No. 1:08CV00225 (PLF) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2008, I caused to be served a copy of the foregoing Motion to Stay Discovery via the Court's electronic filing system upon the following:

> Alan Swirski
> 1440 New York Ave., NW
> Washington, DC 20005
>
> Elizabeth Elaine Garner
> Washington Lawyers' Committee for Civil Rights
> 11 Dupont Circle, NW, Suite 400
> Washington, DC 20036

_____
Benjamin K. Ahlstrom

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marc Fiedler, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br><br>MHG Café Dupont, LLC,<br><br>　　　　　Defendant. | Civil Action No. 1:08CV00225 (PLF) |

### [PROPOSED] ORDER

　　The Court hereby GRANTS defendant's Motion to Stay Discovery Pending Resolution of Pending Partial Motion to Dismiss Plaintiffs' Complaint or to Strike Certain Allegations and ORDERS that discovery in this matter shall be stayed pending resolution of defendant's Partial Motion to Dismiss Plaintiffs' Complaint or to Strike Certain Allegations.

　　IT IS SO ORDERED on this ___ day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Friedman

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE