## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marc Fiedler, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:08CV00225 (PLF) |
| MHG Café Dupont, LLC, | |
| 1601 Connecticut Avenue, N.W. | |
| Washington, DC 20009 | |
| Defendant. | |

### JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs Marc Fiedler and Equal Rights Center and Defendant MHG Café Dupont, LLC hereby respectfully move for a thirty (30) day stay of all proceedings in this action.  In support thereof, the parties state as follows:

1.     The parties have recently exchanged settlement offers and continue to engage in settlement negotiations.

2.     The parties believe that settlement of this matter is likely and that a brief stay of proceedings would facilitate settlement.

3.     The parties believe that a brief stay of proceedings will not unnecessarily delay this litigation if they are unable to reach a settlement.

Therefore, the parties respectfully request that the Court grant this motion and stay all proceedings in this matter for thirty (30) days to allow the parties to engage in continued settlement negotiations.

Respectfully submitted,

Dated:  June 26, 2008

Alan Swirski by JCS with permission
ALAN SWIRSKI, D.C. Bar No. 420046
1440 New York Avenue, N.W.
Washington, District of Columbia 20005
Telephone: (202) 371-7610


E. Elaine Gardner by JCS with permission
E. ELAINE GARDNER, D.C. Bar No. 27162
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Washington, District of Columbia 20036
Telephone: (202) 319-1000

Attorneys for Plaintiffs
MARC FIEDLER AND EQUAL RIGHTS
CENTER


F. JOSEPH WARIN, D.C. Bar No. 235978
JASON C. SCHWARTZ, D.C. Bar No. 465837
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Defendant
MHG CAFÉ DUPONT, LLC

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Marc Fiedler, *et al.*,

        Plaintiffs,

    v.

      Civil Action No. 1:08CV00225 (PLF)

MHG Café Dupont, LLC,

        Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2008, I caused to be served a copy of the foregoing Joint Motion to Stay Proceedings via the Court's electronic filing system upon the following:

Alan Swirski
1440 New York Ave., NW
Washington, DC 20005

E. Elaine Gardner
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Suite 400
Washington, DC 20036

Benjamin K. Ahlstrom

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Marc Fiedler, *et al.*, | |
|     Plaintiffs, | |
|    v. | Civil Action No. 1:08CV00225 (PLF) |
| MHG Café Dupont, LLC, | |
|     Defendant. | |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Stay Proceedings and for good cause shown, the Court hereby GRANTS the Joint Motion to Stay Proceedings and ORDERS that all proceedings in this matter shall be stayed for thirty (30) days to allow the parties to engage in continued settlement negotiations.

IT IS SO ORDERED on this ___ day of _____, 2008.

_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE