UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC FIEDLER<br>and<br>EQUAL RIGHTS CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>MHG CAFÉ DUPONT, LLC,<br><br>Defendant. | CIVIL ACTION NO. 1:08-cv-00225 |

### REQUEST FOR JUDGMENT

**TO THE CLERK OF THE COURT**:

Attached to this Request are true and correct copies of the Offer of Judgment and the Notice of Acceptance of Offer of Judgment that have been served in this case, together with the Certificate of Service of these documents. Pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Marc Fiedler and Equal Rights Center request that the Clerk of this Court:

1. File the Offer of Judgment, the Notice of Acceptance of Offer of Judgment, and Certificate of Service; and

2. Enter the judgment specified in the Offer of Judgment.

Dated: June 27, 2008

                                  RESPECTFULLY SUBMITTED,

                                  */s/ Alan Swirski*

                                Alan J.J. Swirski
                                (D.C. Bar No. 420046)
                                1440 New York Avenue, N.W.
                                Washington, D.C. 20005
                                Tel: (202) 371-7610
                                Fax: (202) 661-0510

                                E. Elaine Gardner
                                (D.C. Bar. No. 271262)
                                Washington Lawyer's Committee for Civil Rights
                                and Urban Affairs
                                11 Dupont Circle, N.W., Suite 400
                                Washington, DC 20036
                                Tel: (202) 319-1000
                                Fax: (202) 319-1010

                                *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC FIEDLER <br> and <br> EQUAL RIGHTS CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> MHG CAFÉ DUPONT, LLC, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * CIVIL ACTION NO. 1:08-cv-00225 <br> * <br> * <br> * <br> * <br> * |

**CERTIFICATE OF SERVICE**

I certify that I am the attorney of record for Plaintiffs Marc Fiedler and Equal Rights Center in this action and that, on June 11, 2008, I was duly and properly served with the Offer of Judgment, a true and correct copy of which is attached to this Certificate.

I also certify that on this 27th day of June, 2008 in Washington, D.C., I caused to be served a copy of the attached Notice of Acceptance of Offer of Judgment via both electronic mail and hand delivery upon the following:

F. Joseph Warin
Jason C. Schwartz
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

I declare under penalty of perjury that all of the statements made in this Certificate are true and correct and that if called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth in it.

_____
Alan Swirski

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC FIEDLER<br>and<br>EQUAL RIGHTS CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>MHG CAFÉ DUPONT, LLC,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*   CIVIL ACTION NO. 1:08-cv-00225<br>*<br>*<br>*<br>*<br>*<br>* |

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To MHG Café DuPont, LLC and to its attorneys of record:

Take notice that Plaintiffs Marc Fiedler and Equal Rights Center accept the attached offer of judgment served on them by MHG Café Dupont, LLC, on June 11, 2008.

Dated:  June 27, 2008

Sincerely,

_____
Alan J.J. Swirski
(D.C. Bar No. 420046)
1440 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-7610
Fax: (202) 661-0510

E. Elaine Gardner
(D.C. Bar. No. 271262)
Washington Lawyer's Committee for Civil Rights
and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, DC 20036
Tel: (202) 319-1000
Fax: (202) 319-1010
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Marc Fiedler, *et al.*,

        Plaintiffs,

v.                                                        Civil Action No. 1:08CV00225 (PLF)

MHG Café Dupont, LLC,

        Defendant.

**DEFENDANT MHG CAFÉ DUPONT, LLC'S**
**OFFER OF JUDGMENT PURSUANT TO RULE 68**

Pursuant to Federal Rule of Civil Procedure 68, Defendant MHG Café Dupont, LLC ("Defendant"), by and through its undersigned counsel, hereby offers to allow judgment to be taken against it in this action in the amount of $40,000.00, which sum is inclusive of any and all attorneys' fees, legal costs, expenses, and interest that Plaintiffs Marc Fiedler and Equal Rights Center ("Plaintiffs" or "YOU") may have incurred to and including the date of this offer, as one total sum as to all counts of the Complaint. Defendant further offers to allow the judgment to provide that Defendant is ordered to remedy the alleged Americans with Disabilities Act ("ADA") violations in paragraphs 35(a) through (d) and 36 of Plaintiffs' Complaint and the additional ADA violations alleged in Plaintiffs' Opposition to Defendant's Partial Motion to Dismiss Plaintiffs' Complaint or to Strike Certain Allegations as soon as reasonably practicable following the issuance of any required permits, if applicable. Finally, Defendant offers to allow the judgment to order Defendant to permit Plaintiffs access to inspect its premises on at least two mutually-agreed, reasonable times and dates within the year following the entry of judgment for the limited purpose of confirming compliance with the judgment if requested by Plaintiffs, and to provide for continuing jurisdiction of the Court to enforce the judgment for that same period. It

is intended that no further sums are to be added to the offer as the offer includes any and all attorneys' fees, legal costs, expenses, and interest.

This offer of judgment is made solely for the purposes specified in Federal Rule of Civil Procedure 68 and is not, nor is it to be construed as, an admission that Defendant is liable in this action or that Plaintiffs have suffered any damage or that Plaintiffs have incurred any reasonable attorneys' fees, legal costs, expenses, or interest.

YOU have ten (10) days from the date on which this offer was served to accept it in writing. If YOU accept this offer, the offer and notice of acceptance will be filed with the Court and the Clerk of the Court will enter a final judgment in this action in the amount of $40,000.00, with no further attorneys' fees, legal costs, expenses, or interest to either party; ordering Defendant to remedy the alleged ADA violations in paragraphs 35(a) through (d) and 36 of Plaintiffs' Complaint and the additional ADA violations alleged in Plaintiffs' Opposition to Defendant's Partial Motion to Dismiss Plaintiffs' Complaint or to Strike Certain Allegations as soon as reasonably practicable following the issuance of any required permits, if applicable; ordering Defendant to permit Plaintiffs access to inspect its premises on at least two mutually-agreed, reasonable times and dates within the year following the entry of judgment for the limited purpose of confirming compliance with the judgment if requested by Plaintiffs; and providing for continuing jurisdiction of the Court to enforce the judgment for one year following the entry of judgment.

If YOU fail to accept this offer within ten (10) days from the date on which this offer was served, it shall be deemed withdrawn. If YOU fail to recover a more favorable judgment than the one specified in this offer, YOU will be liable for all costs incurred by Defendant after the date of this offer.

Respectfully submitted,

Dated: June 11, 2008

_____
F. JOSEPH WARIN, D.C. Bar No. 235978
JASON C. SCHWARTZ, D.C. Bar No. 465837
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Defendant
MHG CAFÉ DUPONT, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Marc Fiedler, *et al.*,

        Plaintiffs,

v.    Civil Action No. 1:08CV00225 (PLF)

MHG Café Dupont, LLC,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11 day of June, 2008, I caused to be served a copy of the foregoing Offer of Judgment via electronic mail (as a PDF) and next-day mail upon the following:

    Alan Swirski
    David William Foster
    1440 New York Ave., NW
    Washington, DC 20005

    Elizabeth Elaine Garner
    Washington Lawyers' Committee for Civil Rights
    11 Dupont Circle, NW, Suite 400
    Washington, DC 20036

    _____
    Daniel J. Davis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARC FIEDLER  *
 and  *
EQUAL RIGHTS CENTER,  *
 *
 Plaintiffs,  *
 *  CIVIL ACTION NO. 1:08-cv-00225
 v.  *
 *
MHG CAFÉ DUPONT, LLC,  *
 *
 Defendant.  *
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2008, I caused to be served a copy of the foregoing Request for Judgment via electronic mail and via hand delivery upon the following:

> F. Joseph Warin
> Jason C. Schwartz
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Avenue, NW
> Washington, DC 20036

I declare under penalty of perjury that all of the statements made in this Certificate are true and correct and that if called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth in it.

_____
David Foster