UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MARC FIEDLER, EQUAL RIGHTS CENTER ) ) ) Plaintiffs, ) ) v. ) ) MHG CAFÉ DUPONT, L.L.C. ) trading as CIRCA AT DUPONT ) ) Defendant. ) | CIVIL ACTION 1:08-CV-0225 (PLF) |

## JUDGMENT BY THE CLERK ON OFFER OF JUDGMENT

PURSUANT to Rule 68 of the Federal Rules of Civil Procedure and the offer of Judgment submitted by Defendant MHG Café Dupont, L.L.C. on the 11th day of June, 2008 and accepted by Plaintiffs Marc Fiedler and Equal Rights Center on the 27th day of June, 2008;

JUDGMENT is entered this 7th day of July, 2008 against Defendant MHG Café Dupont, L.L.C.:

In the amount of $40,000.00, with no further attorneys' fees, legal costs, expenses, or interest to either party;

Defendant shall remedy the alleged ADA violations in paragraphs 35(a) through (d) and 36 of Plaintiffs' Complaint and the additional ADA violations alleged in Plaintiffs' Opposition to Defendant's Partial Motion to Dismiss Plaintiffs' Complaint or Strike Certain Allegations as soon as reasonably practicable following the issuance of any required permits; and

Defendant shall permit Plaintiffs access to inspect its premises on at least two mutually-agreed, reasonable times and dates within one year following the entry of Judgment for

the limited purpose of confirming compliance with the Judgment if requested by the Plaintiffs.

The Court shall retain jurisdiction in this matter to enforce the Judgment for one year following the entry of Judgment.

NANCY MAYER-WHITTINGTON, CLERK

BY: ___Michelle M____
Deputy Clerk